148 April 23, 2025 No. 372

***This is a nonprecedential memorandum opinion
pursuant to ORAP 10.30 and may not be cited
except as provided in ORAP 10.30(1).***

IN THE COURT OF APPEALS OF THE
STATE OF OREGON

In the Matter of the Compensation of Gregory W. Hoober,
Claimant.

Gregory W. HOOBER,
*Petitioner,*

*v.*

SAIF CORPORATION
and MAINSHEET INC.,
*Respondents.*

Workers' Compensation Board
2203462; A182100

Argued and submitted March 20, 2025.

Jodie Anne Phillips Polich argued the cause for petitioner. Also on the briefs was Law Offices of Jodie Anne Phillips Polich, P.C.

Daniel Walker argued the cause and filed the brief for respondents.

Before Shorr, Presiding Judge, Pagán, Judge, and Walters, Senior Judge.

PER CURIAM

Affirmed. *Robinette v. SAIF*, 369 Or 767, 511 P3d 1074 (2022); *Gramada v. SAIF*, 326 Or App 276, 532 P3d 539, *rev den*, 371 Or 511 (2023); *Netherton v. Aerotek Inc.*, 292 Or App 550, 424 P3d 764 (2018).